

**Modrall Sperling**
**Roehl Harris & Sisk, P.A.**

Post Office Box 2168
Albuquerque, NM 87103-2168
Tel: 505.848.1800
Federal Identification No.: 85-0283491

www.modrall.com

| | | |
|---|---|---|
| Date: | February 28, 2020 | Invoice Number: 259968 |
| To: | Scott Spencer, Senior Resoluastion Manager | Client Number: 10299 |
| | Gallagher Bassett | Matter Number: 0001 |
| | PO Box 2934 | Claim Number: 004113-010586-GB-01 |
| | Clinton, IA 52733-2934 | |
| Re: | BJ's Restaurant / Linda Henderson | |

For Professional Services Rendered Through: December 31, 2019



**EXHIBIT A**

10299.0001         BJ's Restaurant Operations Company                                    Invoice # 259968
                   BJ's Restaurant / Linda Henderson                                     February 28, 2020
                                                                                                   Page 2

This Invoice is for the Period Ending: December 31, 2019

## PROFESSIONAL SERVICES RENDERED

| Date | Professional | Task | Activity | Description | Hours | Amount |
|------|--------------|------|----------|-------------|-------|--------|

| | | | |
|---|---|---|---|
| 10299.0001 | BJ's Restaurant Operations Company | | Invoice # 259968 |
| | BJ's Restaurant / Linda Henderson | | February 28, 2020 |
| | | | Page 3 |

This Invoice is for the Period Ending: December 31, 2019

| Date | Professional | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ |
| 11/26/19 | L. Hough | L120 | A104 | Evaluate arguments in Plaintiff's Motion to Remand. | 0.40 | 74.00 |
| 12/03/19 | L. Hough | L120 | A104 | Evaluate Plaintiff's Motion to Remand and begin draft Response to Plaintiff's Motion to Remand. | 1.90 | 351.50 |
| 12/04/19 | L. Hough | L210 | A103 | Draft Affidavit and continue drafting Response to Motion to Remand. | 4.00 | 740.00 |
| 12/05/19 | L. Hough | L210 | A103 | Finish drafting Response to Motion to Remand; perform technical edit on Response to improve readability and citations. | 2.80 | 518.00 |
| 12/05/19 | L. Hough | L210 | A103 | Draft and revise Declaration of Debbie Nichols. | 0.20 | 37.00 |
| 12/05/19 | L. Hough | L120 | A103 | Work to outline key arguments to develop in Response to Motion to Remand. | 0.20 | 37.00 |
| 12/05/19 | L. Hough | L120 | A104 | Analyze basis to pursue Rule 11 Sanctions. | 0.20 | 37.00 |
| 12/06/19 | L. Hough | L210 | A103 | Revise Response to Motion to Remand to clarify locations in NM and details of headquarter operations, and conduct subsequent technical edit to remove any inconsistencies and improve persuasiveness. | 2.20 | 407.00 |
| 12/06/19 | L. Hough | L120 | A104 | Evaluate Fed. R. Civ. P. 11 and outline possible legal arguments for sanctions. | 0.60 | 111.00 |
| 12/09/19 | L. Hough | L110 | A102 | Motion for Rule 11 Sanctions: research federal case law to support arguments for sanctions. | 2.60 | 481.00 |
| 12/09/19 | L. Hough | L120 | A103 | Motion for Rule 11 Sanctions: draft legal standards and legal argument sections. | 2.50 | 462.50 |

| 10299.0001 | BJ's Restaurant Operations Company | Invoice # 259968 |
| | BJ's Restaurant / Linda Henderson | February 28, 2020 |
| | | Page 4 |

This Invoice is for the Period Ending: December 31, 2019

| Date | Professional | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 12/10/19 | L. Hough | L120 | A104 | Further evaluate Complaint, Notice of Removal, and Motion for Remand to development factual basis for Motion for Rule 11 Sanctions. | 1.10 | 203.50 |
| 12/11/19 | N. Nieman | L210 | A103 | Revise Motion for Sanctions and letter regarding the same. | 0.80 | 208.00 |
| 12/11/19 | L. Hough | L210 | A103 | Motion for Rule 11 Sanctions: draft factual and procedural background section, and factual application to legal arguments. | 1.70 | 314.50 |
| 12/11/19 | L. Hough | L210 | A103 | Motion for Rule 11 Sanction: draft introduction and conclusion sections, and review and revise complete motion to improve persuasiveness and develop arguments. | 2.40 | 444.00 |
| 12/12/19 | L. Hough | L210 | A103 | Conduct final edit and finalize Motion for Sanctions and Letter regarding Motion for Sanctions, and draft email to opposing counsel regarding said documents. | 0.90 | 166.50 |
| 12/12/19 | L. Hough | L110 | A102 | Research federal and local rules to confirm all requirements that must be met before we can file a Motion for Rule 11 Sanctions. | 0.20 | 37.00 |

TOTAL SERVICES            $

10299.0001    BJ's Restaurant Operations Company                          Invoice # 259968
              BJ's Restaurant / Linda Henderson                           February 28, 2020
                                                                          Page 5

This Invoice is for the Period Ending: December 31, 2019





**Modrall Sperling**
**Roehl Harris & Sisk, P.A.**

Post Office Box 2168
Albuquerque, NM 87103-2168
Tel: 505.848.1800
Federal Identification No.: 85-0283491

www.modrall.com

| | | | | |
|---|---|---|---|---|
| Date: | February 28, 2020 | | Invoice Number: | 259968 |
| To: | Scott Spencer, Senior Resolustion Manager | | Client Number: | 10299 |
| | Gallagher Bassett | | Matter Number: | 0001 |
| | PO Box 2934 | | | |
| | Clinton, IA 52733-2934 | | | |
| Re: | BJ's Restaurant / Linda Henderson | | | |

For Professional Services Rendered Through: December 31, 2019

| Matter | Description | Invoice # | Services | Disbursements | Tax | Total |
|---|---|---|---|---|---|---|
| 10299.0001 | BJ's Restaurant / Linda Henderson | 259968 | | | | |

**PAY THIS AMOUNT**

# REMITTANCE

Please return this page with your payment.

This invoice is payable in full upon receipt.



**Modrall Sperling**
**Roehl Harris & Sisk, P.A.**

Post Office Box 2168
Albuquerque, NM 87103-2168
Tel: 505.848.1800
Federal Identification No.: 85-0283491

www.modrall.com

| | | | |
|---|---|---|---|
| Date: | February 28, 2020 | Invoice Number: | 260768 |
| To: | Scott Spencer, Senior Resolustion Manager | Client Number: | 10299 |
| | Gallagher Bassett | Matter Number: | 0001 |
| | PO Box 2934 | Claim Number: | 004113-010586-GB-01 |
| | Clinton, IA 52733-2934 | | |
| Re: | BJ's Restaurant / Linda Henderson | | |

For Professional Services Rendered Through: January 31, 2020

## ACCOUNT SUMMARY FOR THIS MATTER

[redacted]

| | |
|---|---|
| Itemization of Services Attached | $1,174.00 |
| Total Taxable Disbursements | $1.10 |
| Total Non-taxable Disbursements | $0.00 |
| Gross Receipts Tax | $92.54 |
| **Total Current Charges** | **$1,267.64** |

[redacted]

| 10299.0001 | BJ's Restaurant Operations Company | Invoice # 260768 |
| | BJ's Restaurant / Linda Henderson | February 28, 2020 |
| | | Page 2 |

This Invoice is for the Period Ending: January 31, 2020

## PROFESSIONAL SERVICES RENDERED

| Date | Professional | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/03/20 | N. Nieman | L120 | A101 | Analyze notice issue in relation to Plaintiff's claim. | 0.70 | $ 182.00 |
| 01/07/20 | L. Hough | L350 | A103 | Revise Motion for Sanctions to include reference to communications with opposing counsel regarding withdrawal of motion for remand, and create and finalize exhibits A through C. | 0.30 | 55.50 |
| 01/23/20 | L. Hough | L350 | A104 | Briefly evaluate key arguments made in Plaintiff's Response to Motion for Sanctions and briefly outline key arguments to raise in Reply. | 0.20 | 37.00 |
| 01/31/20 | N. Nieman | L350 | A103 | Work on strategy for outlining key arguments in support of Motion for Sanctions. | 0.40 | 104.00 |
| 01/31/20 | L. Hough | L350 | A103 | Evaluate Response to Motion for Rule 11 Sanctions and Draft Reply ISO Motion for Sanctions. | 4.30 | 795.50 |

| | | | | **TOTAL SERVICES** | | **$ 1,174.00** |

### TIMEKEEPER SUMMARY

| Professional | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Nieman, N. | Shareholder | 260.00 | 1.10 | 286.00 |
| Hough, L. | Associate | 185.00 | 4.80 | $ 888.00 |
| | **TOTAL SERVICES** | | **5.90** | **$ 1,174.00** |

## DISBURSEMENTS

**Taxable Disbursements**

| Date | Description | Amount |
|---|---|---|
| 01/24/20 | VENDOR: Chase - Karen F.; INVOICE#: 012420; DATE: 1/24/2020 - Pacer Service 12/6/2019 - LDH | $ 1.10 |
| | **Taxable Subtotal** | **$ 1.10** |

| 10299.0001 | BJ's Restaurant Operations Company | Invoice # 260768 |
| | BJ's Restaurant / Linda Henderson | February 28, 2020 |
| | | Page 3 |

This Invoice is for the Period Ending: January 31, 2020

---

**Non-Taxable Disbursements**

|  | **Non-Taxable Subtotal** | $ | 0.00 |
|---|---|---|---|
|  | **TOTAL DISBURSEMENTS** | $ | 1.10 |

## COST SUMMARY

| Cost Code | Task Description | Amount |
|---|---|---|
| PACER | PACER Search | 1.10 |
|  | **TOTAL** | **$1.10** |

## TASK SUMMARY

| Task | Activity | Description | Hours | | Amount |
|---|---|---|---|---|---|
| L120 | A101 | Analysis/Strategy | 0.70 | $ | 182.00 |
| L350 | A103 | Discovery Motions | 5.20 | | 992.00 |
| | | **TOTAL SERVICES** | **5.90** | **$** | **1,174.00** |



**Modrall Sperling
Roehl Harris & Sisk, P.A.**

Post Office Box 2168
Albuquerque, NM 87103-2168
Tel: 505.848.1800
Federal Identification No.: 85-0283491

www.modrall.com

| | | | | |
|---|---|---|---|---|
| Date: | February 28, 2020 | | Invoice Number: | 260768 |
| To: | Scott Spencer, Senior Resolustion Manager | | Client Number: | 10299 |
| | Gallagher Bassett | | Matter Number: | 0001 |
| | PO Box 2934 | | | |
| | Clinton, IA 52733-2934 | | | |
| Re: | BJ's Restaurant / Linda Henderson | | | |

For Professional Services Rendered Through: January 31, 2020

| Matter | Description | Invoice # | Services | Disbursements | Tax | Total |
|---|---|---|---|---|---|---|
| 10299.0001 | BJ's Restaurant / Linda Henderson | 260768 | $1,174.00 | $1.10 | $92.54 | $1,267.64 |

Plus Previous Balance 

**PAY THIS AMOUNT**

## REMITTANCE

Please return this page with your payment.

This invoice is payable in full upon receipt.



**Modrall Sperling
Roehl Harris & Sisk, P.A.**

Post Office Box 2168
Albuquerque, NM 87103-2168
Tel: 505.848.1800
Federal Identification No.: 85-0283491

www.modrall.com

| | | | |
|---|---|---|---|
| Date: | March 26, 2020 | Invoice Number: | 261644 |
| To: | Scott Spencer, Senior Resolustion Manager | Client Number: | 10299 |
| | Gallagher Bassett | Matter Number: | 0001 |
| | PO Box 2934 | Claim Number: | 004113-010586-GB-01 |
| | Clinton, IA 52733-2934 | | |
| Re: | BJ's Restaurant / Linda Henderson | | |

For Professional Services Rendered Through: February 29, 2020

**ACCOUNT SUMMARY FOR THIS MATTER**



| 10299.0001 | BJ's Restaurant Operations Company | Invoice # 261644 |
| | BJ's Restaurant / Linda Henderson | March 26, 2020 |
| | | Page 2 |

This Invoice is for the Period Ending: February 29, 2020

**PROFESSIONAL SERVICES RENDERED**

| Date | Professional | Task | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 02/04/20 | N. Nieman | L210 | A103 | Revise Reply in Support of Motion for Sanctions. | 1.20 | $ 312.00 |
| 02/05/20 | N. Nieman | L120 | A104 | Analyze final Reply ISO Sanctions against Plaintiff's counsel. | 0.30 | 78.00 |
| 02/05/20 | L. Hough | L210 | A103 | Incorporate revisions to Motion for Rule 11 Sanctions, incorporate additional case law and update citations, and conduct technical review and edit. | 0.80 | 148.00 |



**TOTAL SERVICES**       $



Modrall Sperling
Roehl Harris & Sisk, P.A.

Post Office Box 2168
Albuquerque, NM 87103-2168
Tel: 505.848.1800
Federal Identification No.: 85-0283491

www.modrall.com

| | | | | |
|---|---|---|---|---|
| Date: | March 26, 2020 | | Invoice Number: | 261644 |
| To: | Scott Spencer, Senior Resolustion Manager | | Client Number: | 10299 |
| | Gallagher Bassett | | Matter Number: | 0001 |
| | PO Box 2934 | | | |
| | Clinton, IA 52733-2934 | | | |
| Re: | BJ's Restaurant / Linda Henderson | | | |

For Professional Services Rendered Through: February 29, 2020

| Matter | Description | Invoice # | Services | Disbursements | Tax | Total |
|---|---|---|---|---|---|---|
| 10299.0001 | BJ's Restaurant / Linda Henderson | 261644 | ▉ | ▉ | ▉ | ▉ |

Plus Previous Balance ▉

**PAY THIS AMOUNT** ▉

# REMITTANCE

Please return this page with your payment.

This invoice is payable in full upon receipt.