IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LINDA HENDERSON,

    Plaintiff,

vs.                                                  Civ. No. 19-1002 KG/LF

BJ'S RESTAURANT and
GL RESOLUTION SPECIALTY,

    Defendants.

## ORDER DISMISSING GL RESOLUTION SPECIALTY

This matter comes before the Court on its Order to Show Caused, filed April 20, 2020. (Doc. 20). The Court gave Plaintiff ten days to "show good cause why the Court should not dismiss GL Resolution Specialty as a Defendant…." *Id.* The Court also stated that "failure to file a response to the Order to Show Cause will result in the Court dismissing Defendant GL Resolution Specialty with prejudice." *Id.* Plaintiff has not responded to the Order to Show Cause as ordered by the Court.

THEREFORE, IT IS ORDERED that Defendant GL Resolution Specialty is dismissed from this lawsuit with prejudice.

_____
UNITED STATES DISTRICT JUDGE