IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LINDA HENDERSON,

    Plaintiff,

v.                                                          No. 1:19-cv-01002-KG-LF

BJ'S RESTAURANT, and
GL RESOLUTION SPECIALTY,

    Defendants.

## STIPULATED ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE

This matter having come before the Court on the Parties' Stipulated Motion to Dismiss all Claims With Prejudice ("Motion"), and the Court having considered the Motion and being otherwise fully informed of the premises,

    FINDS that the Motion is well-taken and should be granted.

    NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that all claims that were or could have been brought against BJ's Restaurant in this case shall be and hereby are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees associated with the case.

_____
UNITED STATES DISTRICT JUDGE

**Submitted by:**

MODRALL, SPERLING, ROEHL, HARRIS
& SISK, P.A.

By: */s/ Lance D. Hough*
    Nathan T. Nieman (ntn@modrall.com)
    Lance D. Hough (ldh@modrall.com)
    Post Office Box 2168
    500 Fourth Street NW, Suite 1000
    Albuquerque, New Mexico  87103-2168
    Telephone: 505.848.1800
    Fax No.: 505.848.9710
*Attorneys for Defendant BJ's Restaurant*


**Approved by:**

By: *Approved via e-mail by Jacob J. Salazar on 9/10/20*
    Jacob J. Salazar
    THE SALAZAR LAW FIRM, P.C.
    P.O. Box 25582
    Albuquerque, New Mexico 87125
    Telephone: (505) 312-7605
    thesalazarlawfirm@gmail.com

    and

    Terry R. Guebert
    Robert F. Gentile
    Anne L. Kemp
    GUEBERT GENTILE & PIAZZA, P.C
    P.O. Box 93880
    Albuquerque, NM 87199-3880
    (505) 823-2300
    tguebert@guebertlaw.com
    rgentile@guebertlaw.com
    akemp@guebertlaw.com

*Attorneys for Plaintiff Linda Henderson*